FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 15 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>Carillo, Hector Ruben<br><br>  Defendant. | Case No.: CR10-364-RGK<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___backgrd, cmty ties unknown due to failure to interview; bail resources unknown; ongoing substance abuse problem.___

1 | his conduct in violating conditions of supervision
2 | evidences a lack of amenability to supervision
3 | and/or
4 | B. ☒ The defendant has not met his/her burden of establishing by clear and
5 | convincing evidence that he/she is not likely to pose a danger to the safety of any
6 | other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7 | finding is based on his revocation history; mental
8 | health issues history; drug abuse
9 | history; commission of new offense while
10 | under supervision
11 |
12 |
13 | IT THEREFORE IS ORDERED that the defendant be detained pending further
14 | revocation proceedings.
15 |
16 | DATED: 9/15/11
17 | ROBERT N. BLOCK
   | UNITED STATES MAGISTRATE JUDGE